

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00319-CV

___

FRANKLIN J. MILLER, APPELLANT

V.

MERLE MILLER, INC., KW VENDING MANAGEMENT SERVICES, LLC, ASSURED
HOLDINGS AND INVESTMENTS LLC, ASSURED VENDING, LLC, MERLE MILLER,
KATIE MILLER, STEVE COLLIER, AND TREY MILLER, APPELLEES

___

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2024-CV-0643, Honorable John C. Grace, Presiding

___

November 13, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Franklin J. Miller, filed a notice of appeal from the trial court's *Order Granting Defendants' Rule 91a Motion to Dismiss* without paying the requisite filing fee. By letter of October 21, 2024, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by October 31 would result in

dismissal of the appeal.[1]  To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam

---

[1] The Court later learned that Appellant filed a motion seeking to withdraw his notice of appeal with the district clerk on October 21, 2024.  However, Appellant never filed a motion to dismiss the appeal with this Court.   *See* TEX. R. APP. P. 42.1 (concerning voluntary dismissals).